# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**WALTER C. SMITH,**

    **Plaintiffs,**

v.                                            **Case No. 8:22-cv-731-KKM-AAS**

**FRANK PIAZZA, et al.,**

    **Defendants.**

_____/

## ORDER

After reviewing the plaintiff's complaint and application to proceed *in forma pauperis* (Docs. 1, 2), the court took the plaintiff's motion under advisement pending the plaintiff submitting an amended affidavit of indigency and an amended complaint. (Doc. 5). The court warned the plaintiff that failure to timely file an amended complaint and affidavit of indigency may result in a recommendation of denial of the motion to proceed *in forma pauperis*. (*Id.* at pp. 8-9). The court also advised the plaintiff that he may pay the filing fee and conduct proper service of process if he wishes to proceed under his complaint. (*Id.* at p. 9).

The plaintiff filed an amended motion to proceed *in forma pauperis* and requested an extension until June 24, 2022 to amend his complaint, which the

court granted. (Docs. 6, 7, 11). To date, the plaintiff has not filed an amended complaint.

Thus, it is **RECOMMENDED** that the plaintiff's amended motion for leave to proceed *in forma pauperis* (Doc. 7) be **DENIED**, and the complaint (Doc. 1) be **DISMISSED**.

**ENTERED** in Tampa, Florida on June 28, 2022.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

## NOTICE TO PARTIES

The plaintiffs have fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. A party's failure to object timely in accordance with 28 U.S.C. § 636(b)(1) waives that party's right to challenge on appeal the district court's order adopting this report's unobjected-to factual findings and legal conclusions. 11th Cir. R. 3-1.

cc:

Walter C. Smith
7513 Camarina Calle
Tampa, FL 33615