UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WALTER C. SMITH,

    Plaintiff,

v.                              Case No: 8:22-cv-0731-KKM-AAS

FRANK PIAZZA et al.,

    Defendants.
_____

## ORDER

Walter Smith sued five defendants on various state and federal claims arising from a custody dispute. (Doc. 1.) He seeks to proceed without paying the customary filing fee. (Doc. 2; Doc. 7.)

In cases like this one where a plaintiff alleges an inability to pay the filing fee, courts must dismiss the case if the action is frivolous, malicious, or fails to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2). As the Magistrate Judge's order explains, (Doc. 5), Smith's Complaint does not pass muster under this standard. Accordingly, the Court **STRIKES** the Complaint, (Doc. 1), and directs Smith to file an amended complaint **no later than July 22, 2022**. If Smith fails to timely submit an amended complaint, the case will be dismissed without further notice.

**ORDERED** in Tampa, Florida, on July 7, 2022.

Kathryn Kimball Mizelle
United States District Judge