UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


WALTER C. SMITH,

      Plaintiff,

v.                                                                    Case No: 8:22-cv-731-KKM-AAS

FRANK PIAZZA et al.,

      Defendant.

_____

**ORDER**

On July 7, 2022, the Court entered an Order, (Doc. 14), striking Walter Smith's

Complaint in accordance with 28 U.S.C. § 1915(e)(2). The Court directed Smith to file a

new complaint on or before July 22, 2022. Smith has not done so or asked for an extension

of time. Accordingly, the Court's prior Order has become a final judgment, meaning the

Court cannot "'grant any more extensions' of time to amend the complaint" and must

dismiss the case. *See Auto. Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Ins.*

*Co.*, 953 F.3d 707, 719–722 (11th Cir. 2020) (explaining that an "order dismissing a

complaint with leave to amend within a specified time becomes a final judgment if the time

allowed for amendment expires without the plaintiff seeking an extension" (citing *Hertz*

*Corp. v. Alamo Rent-A-Car, Inc.*, 16 F.3d 1126 (11th Cir. 1994))).

The Clerk is directed to **TERMINATE** any pending motions and deadlines, to

**ENTER** judgment in accord with the final order, (Doc. 14), and to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on July 27, 2022.

Kathryn Kimball Mizelle
United States District Judge